# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO-19-5271-GF-JTJ** |
| **Plaintiff,** | **VIOLATION:** **6563296** **Location Code: M13** |
| **vs.** | |
| **WILFORD STAGG,** | **AMENDED** **ORDER** |
| **Defendant.** | |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the citation is DISMISSED.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 5, 2019 is VACATED.

DATED this 3rd day of December, 2019.


John Johnston
United States Magistrate Judge